UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,                :
                                       :
         Plaintiffs,                   :
                                       : Civil Action No. 07-01992
                                       : (HHK)
    v.                                 :
                                       :
DISTRICT OF COLUMBIA                   :
METROPOLITAN POLICE DEPARTMENT         :
                                       :
         Defendant.                    :

MOTION OF DISTRICT OF COLUMBIA
FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFFS' COMPLAINT

Defendant, the District of Columbia Metropolitan Police Department, pursuant to Federal Rule Civil Procedure 6(b)(1), by and through counsel, move this honorable Court to extend the time within which to respond to plaintiffs' complaint in the above-captioned case to December 17, 2007. The undersigned received the file for assignment shortly before the holiday. Additional time is needed for defendant's counsel to review the file, investigate the allegations and submit an appropriate response to the complaint. The additional time will not unduly delay this action. Rather, it is in the best interest of justice and judicial economy. The undersigned counsel was unable to reach counsel for plaintiff to obtain his consent prior to the filing of the motion. Undersigned counsel left a voicemail message for counsel for plaintiff.

Accordingly, for all the foregoing reasons, defendant requests that the time within which to respond to plaintiffs' complaint be extended to December 17, 2007.

Respectfully submitted,

1

LINDA SINGER
Attorney General, D.C.


GEORGE C. VALENTINE
Deputy Attorney General, D.C.


_/s/_____
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I
441 4th th St., N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6636

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 07-01992 |
| | : (HHK) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA | : |
| METROPOLITAN POLICE DEPARTMENT | : |
| | : |
| Defendant. | : |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION OF DEFENDANT FOR AN EXTENSION OF TIME WITHIN WHICH TO
<u>RESPOND TO PLAINTIFFS' COMPLAINT</u>

1. Fed. Ct. Civ. R. 6 (b) (1).

2. The record herein.

3. The reasons set forth in the motion.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General, D.C.
>
> GEORGE C. VALENTINE
> Deputy Attorney General, D.C.
>
>
> _/s/_____
> KIMBERLY M. JOHNSON [435163]
> Chief, General Litigation Sec. I
> 441 4th th St., N.W.
> 6th Floor South
> Washington, D.C. 20001
> (202) 724-6636

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 07-01992 |
| | : (HHK) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA | : |
| METROPOLITAN POLICE DEPARTMENT | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of the Motion of Defendant to Extend the Time Within Which to Respond to Plaintiffs' Complaint, Memorandum of Points and Authorities in Support thereto, and the record herein, it is this ____ day of _____, 2007,

ORDERED, that the motion be, and the same hereby is GRANTED, and it is,

FURTHER ORDERED: that the Defendant shall file a response to plaintiffs' Complaint no later than December 17, 2007.

_____
HENRY H. KENNEDY
U.S. DISTRICT COURT JUDGE

Cc: Kimberly Johnson
Chief, General Litigation Section I
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

John V. Berry, Esq.
1990 M Street, N.W., Suite 610
Washington, D.C. 20036