UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PABLO FIGUEROA, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br><br>**Defendant.** | **Civil Action No. 1:07-cv-01992 (HHK)** |

**PLAINTIFFS' RESPONSE
TO MOTION OF DISTRICT OF COLUMBIA FOR AN EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO PLAINTFFS' COMPLAINT**

Plaintiffs, by and through counsel, hereby notify this Honorable Court as to their consent to Defendant's Motion for an Extension of Time which was filed with this on November 26, 2007. Undersigned counsel received a voicemail message from Defendant's counsel on November 26, 2007 at 7:52 p.m. requesting Plaintiff's consent on their motion; however, undersigned counsel was unable to respond to the voicemail message prior to the filing of Defendant's Motion for an Extension of Time given that it was apparently filed less than an hour after the voicemail message after hours.

Accordingly, Plaintiffs now submit this Response consenting to the Defendant's request that the time within which to respond to Plaintiffs' complaint be extended to December 17, 2007. Plaintiffs have no objection to the extension of time.

                                          Respectfully Submitted,

                                          _____/s/_____

Dated: November 27, 2007       John V. Berry, Esq.
                                          DC Bar No. 460531
                                          LAW FIRM JOHN BERRY P.L.L.C.
                                          Attorneys at Law
                                          1990 M Street, N.W., Suite 610
                                          Washington, D.C. 20036
                                          Tel:   (202) 955-1100
                                          Fax:   (202) 955-1101
                                          Email: jberry@worklaws.com

                                          Counsel for Individual Plaintiffs