UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 07-01992 (HHK) |

**CONSENT MOTION OF DEFENDANT FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant moves for an extension of time, to an including January 17, 2008, in which to respond to the complaint.

The ground for this motion is that Defendant is still compiling information pertinent to this civil action. That material will need to be fully reviewed in order to provide a proper and complete response to the complaint.

Plaintiff consents to the requested relief.

Dated: December 17, 2007        Respectfully submitted,

                                LINDA SINGER
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division


                                  /s/   Kimberly M. Johnson
                                KIMBERLY MATTHEWS JOHNSON
                                Chief, Section 1
                                DC Bar No. 435163

   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on December 17, 2007, the foregoing consent motion for extension of time, together with a memorandum of points and authorities in support thereof and a proposed order, was served by forwarding an electronic copy thereof to the Court's electronic filing service with instructions to electronically serve the following:

For Plaintiff:

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036


   /s/   Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 07-01992 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

1. The Rules and inherent powers of this Court.

2. Defendant is still compiling information pertinent to this civil action. That material will need to be fully reviewed in order to provide a proper and complete response to the complaint.

3. The additional time will permit the government to investigate this matter and prepare a complete and meaningful response to the complaint.

4. The consent of the Plaintiffs.

Dated: December 17, 2007

                                                        Respectfully submitted,

                                                        LINDA SINGER
                                                        Attorney General for the District of Columbia

                                                        GEORGE C. VALENTINE
                                                        Deputy Attorney General
                                                        Civil Litigation Division

   /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.,* | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 07-01992 (HHK) |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the consent motion of Defendant District of Columbia for an extension of time in which to respond to the complaint and the entire record herein, it is, by the Court, this _____ day of _____, 2007, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That the District of Columbia shall respond to the complaint on or before January 17, 2008.

_____
Associate Judge, DC Superior Court

cc:
Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036