AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pablo Figueroa, Michael J. Farish, Brian A.
Murphy, Tyrone Dodson, Lance D. Harrison,
Sr., Deryl M. Johnson and Curtis R. Sloan

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia

CASE NUMBER:  1:07-cv-01992

TO: (Name and address of Defendant)

D.C. Office of Attorney General
Attorney General Linda Singer
441 4th Street N.W., Suite 1060 N
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Berry, Esq.
The Law Firm of John Berry, PLLC
1990 M Street, N.W., Suite 610
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    **NOV 29 2007**

CLERK _[signature]_                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pablo Figueroa, et al.

vs.

District of Columbia, et al.

No. 1:07-CV-01992

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and First Amended Complaint and Demand for Jury Trial in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:18 pm on December 3, 2007, I served District of Columbia c/o D.C. Attorney General, Linda Singer at 441 4th Street, NW, Suite 1060 N, Washington, DC 20001 by serving Gale Rivers, Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     52
HEIGHT-  5'6"
HAIR-    BLACK/GRAY
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  12-3-07
              Date

*Wesley Jennings* (signature)
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 198235