AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pablo Figueroa, Michael J. Farish, Brian A. Murphy, Tyrone Dodson, Lance D. Harrison, Sr., Deryl M. Johnson and Curtis R. Sloan

V.

District of Columbia Metropolitan Police Department

**SUMMONS IN A CIVIL CASE**

CASE ?

Case: 1:07-cv-01992
Assigned To : Kennedy, Henry H.
Assign. Date : 11/5/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Berry, Esq.
The Law Firm of John Berry, PLLC
1990 M Street, NW Suite 610
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV - 5 2007
CLERK                             DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pablo Figueroa, et al.

vs.

District of Columbia Metropolitan Police Department

No. 1:07-CV-01992 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint and Demand for Jury Trial, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:30 pm on November 6, 2007, I served District of Columbia Metropolitan Police Department at 300 Indiana Avenue, NW, #4125, Washington, DC 20001 by serving Ronald B. Ham, Deputy General Counsel, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    52
HEIGHT-    5'8"
  HAIR-    BALD
WEIGHT-    175
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-7-07
             Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197042