UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.,* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 07-01992 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

**CONSENT MOTION OF DEFENDANT FOR FURTHER EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant moves for a further extension of time, to an including January 29, 2008, in which to respond to the complaint.

The ground for this motion is that Defendant is still compiling information, including payroll information, pertinent to this civil action. That material will need to be fully reviewed in order to provide a proper and complete response to the complaint.

Plaintiff consents to the requested relief.

Dated:  January 17, 2008           Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on January 17, 2008, the foregoing consent motion for extension of time, together with a memorandum of points and authorities in support thereof and a proposed order, was served by forwarding an electronic copy thereof to the Court's electronic filing service with instructions to electronically serve the following:

For Plaintiff:

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036

   /s/   Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.,*<br>　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 07-01992 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION FOR FURTHER EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

　　1.　　Fed. R. Civ. P. 6(b).

　　2.　　Defendant is still compiling information pertinent to this civil action, including payroll information. That material will need to be fully reviewed in order to provide a proper and complete response to the complaint.

　　3.　　The additional time is needed to permit the government to complete reviewing this matter and to prepare a complete and meaningful response to the complaint.

　　4.　　The consent of the Plaintiffs.

Dated: January 17, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　　　Interim Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

   /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PABLO FIGUEROA, *et al.,* <br> Plaintiffs, <br> v. <br> DISTRICT OF COLUMBIA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 07-01992 (HHK) |

**ORDER**

Upon consideration of the consent motion of Defendant District of Columbia for a further extension of time in which to respond to the complaint and the entire record herein, it is, by the Court, this _____ day of _____, 2008, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That the District of Columbia shall respond to the complaint on or before January 29, 2008.

_____
Associate Judge, DC Superior Court

cc:
Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036