UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,
Plaintiffs,

v.

DISTRICT OF COLUMBIA,
Defendants.

Civil Action No. 1:2007cv01992 (HHK)

## LOCAL CIVIL RULE 16.3(D) REPORT TO THE COURT AND PROPOSED ORDER

Pursuant to Local Civil Rule 16.3(d) and this Court's January 30, 2008 Order for Initial Scheduling Conference, the undersigned counsel met on Monday, February 14, 2008 and initially exchanged thoughts regarding the topics set forth in Local Civil Rule 16.3(c), an ongoing process. The parties hereby submit their joint written report regarding each of the items set forth in Local Civil Rule 16.3.

(1)   **Dispositive Motions.** There are no pending dispositive motions. As discussed below in item 6, Defendant anticipates filing such a motion. Individual Plaintiffs are considering this option as well.

(2)   **Joinder/Amendment of Pleadings.** At this point, Plaintiffs anticipate moving to amend the First Amended Complaint. The parties agree that any amendments to the pleadings will be sought by June 5, 2008. Each party reserves the right to seek leave to amend its pleadings at a later date if such amendment becomes appropriate on the basis of new information developed in discovery and each party reserves the right to oppose such amendment. In the event of any such amendment, the parties agree that discovery may

be extended as necessary to accommodate any such amendment to the pleadings. The parties do not believe the factual or legal issues can be narrowed at the present time.

(3) **Assignment to Magistrate Judge.** The parties do not wish this case to be assigned to a Magistrate Judge.

(4) **Possibility of Settlement.** The parties intend to explore the issue of settlement. Defendant has agreed to review and evaluate the settlement proposal as soon as it is submitted by Individual Plaintiffs, which is expected in the next several days.

(5) **Alternative Dispute Resolution.** The parties have discussed alternative dispute resolution and the parties are open to mediation after the close of discovery and dispositive motions. In addition, depending on the Plaintiffs' forthcoming proposed settlement and Defendant's review of it, the parties may seek the appointment of a mediator at an earlier time and, if so, will respectfully request the appointment of either Magistrate Judge John Facciola or Alan Kaye in this matter.

(6) **Dispositive Motions.** Defendant believes that this case may be resolved on motion. The Individual Plaintiffs believes that their claims may be well-disposed for such a ruling as well, in favor of liability as to their claims. The parties propose that any summary judgment motion be filed 60 days after the close of discovery, with any opposition due 30 days thereafter, and any reply due 14 days thereafter. The parties defer to the Court regarding the timing of a ruling on summary judgment.

(7) **Initial Disclosures.** The parties stipulate to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) **Extent of Discovery.** The parties suggest that the Court schedule discovery to commence following the initial scheduling conference on March 7, 2008. The parties submit that no

more than 10 fact depositions per party is appropriate. The parties agree that the longer track is appropriate in this case at present.

(9) **Expert Witness Reports.** The parties do not presently anticipate the need for experts, but reserve the right to name experts in accordance with the proposed schedule.

(10) **Class Actions.** This item is not applicable because the parties to this case include only seven individual plaintiffs, not a class, and the defendant.

(11) **Bifurcated Trial/Discovery.** The parties do not believe bifurcation is appropriate for this case.

(12) **Pretrial Conference Date.** The parties agree that the Court should set a pretrial conference date after it rules on summary judgment.

(13) **Trial Date.** Plaintiff believes the Court should set a firm trial date at the initial scheduling conference. Defendant believes the Court should set a trial date after it rules on summary judgment.

(14) **Other Matters.** The parties do not believe any other matters are appropriate for inclusion in the scheduling order at this time.

Respectfully Submitted,

_____/s/_____
JOHN V. BERRY
Attorney for the Individual Plaintiffs
D.C. Bar No. 460531
LAW FIRM OF JOHN BERRY P.L.L.C.
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
(202) 955-1100
(202) 955-1101 (fax)
jberry@worklaws.com

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


  /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2008, a copy of this Local Civil Rule 16.3(d) Report to the Court and Proposed Order was served on the following individuals:

<u>By First Class Mail</u>

Jack Simmons, Esq.
Assistant Attorney General
D.C. Office of Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

<u>By First Class Mail</u>

Office of General Counsel
District of Columbia
Metropolitan Police Department
300 Indiana Avenue, NW
Washington, D.C. 20001


                                    /s/
                            John V. Berry, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,

Plaintiffs,

v.

DISTRICT OF COLUMBIA,

Defendants.

Civil Action No. 1:2007cv01992 (HHK)

## PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Civil Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding:

| | | |
|---|---|---|
| 1. | Initial Scheduling Conference: | March 7, 2008 at 11:00 a.m. |
| 2. | Deadline to Seek Amendment to Pleadings, | June 5, 2008 |
| 3. | Parties Exchange Witness Lists: | June 5, 2008 |
| 4. | Deadline for Post R. 26(a) Discovery Requests: | June 20, 2008 |
| 5. | Proponent's R. 26(a)(2) Statements: | July 8, 2008 |
| 6. | Opponent's R. 26(a)(2) Statements: | August 4, 2008 |
| 7. | Discovery Concludes: | September 3, 2008 |
| 8. | Dispositive Motions Due: | November 3, 2008 |
| 9. | Opposition to Dispositive Motions Due: | December 3, 2008 |
| 10. | Reply to Opposition to Dispositive Motions Due: | December 17, 2008 |
| 11. | Ruling on Summary Judgment: | _____ |

12. Pretrial Conference Date: _____

13. Trial Date: _____

SO ORDERED.

Dated: _____

_____
Henry H. Kennedy
U.S. District Judge