UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA,<br><br>          Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE<br>DEPARTMENT,<br>          Defendant. | Civil Action 07-01992 (HHK) (AK) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE ALAN KAY FOR THE PURPOSE OF MEDIATION**

With the consent of the parties, it is by the court this 10th day of March 2008,

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings; and it is further

**ORDERED** that the mediation period will commence on August 4, 2008 and will conclude on October 4, 2008.

The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge