UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA
9208 Arrington Farm Court
Manassas, VA 20111, et al.,

      Individual Plaintiffs,

v.

DISTRICT OF COLUMBIA, a municipal corporation

Serve: Mayor
      c/o D.C. Office of the Secretary
      1350 Pennsylvania Ave., Rm 419
      Washington, D.C. 20004

      D.C. Attorney General
      441 4th Street, N.W. 6th Floor
      Washington, D.C. 20001

      Defendants.

Civil Action No. 1:2007cv01992 (HHK)

**CONSENT MOTION FOR *PRO HAC VICE* ADMISSION
OF TRACIE M. DORFMAN, ESQUIRE**

John V. Berry, a member of the Bar of this Court, moves for the admission of Tracie M. Dorfman, Esquire, *pro hac vice*, in the above-captioned matter pursuant to United States District Court for the District of Columbia Local Rule 83.2(d). Ms. Dorfman's full name is Tracie Marie Dorfman. Ms. Dorfman is an associate attorney of the law firm of John Berry, PLLC, with offices at 1990 M Street, N.W., Suite 610, Washington, D.C. 20036, telephone number (202) 955-1100. Ms. Dorfman is an active member in good standing of the Bar of the Commonwealth of Virginia and the United States Court of Appeals for the Federal Circuit. Her application for the District of Columbia Bar Without Examination is currently pending. Ms. Dorfman engages

in the practice of law from an office located in the District of Columbia pursuant to D.C. Court Rule 49(c)(8). Ms. Dorfman has not been disciplined by any bar and has never been admitted *pro hac vice* to this court.

The affidavit of Ms. Dorfman is attached as Exhibit A in support of this motion. Counsel for the Defendant was contacted for purposes of consent, pursuant to Local Rule 7(m) and has indicated that he consents to the Motion for the *pro hac vice* admission of Tracie M. Dorfman.

Respectfully Submitted,

_____/s/_____
JOHN V. BERRY
Attorney for the Individual Plaintiffs
D.C. Bar No. 460531
LAW FIRM OF JOHN BERRY P.L.L.C.
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
(202) 955-1100
(202) 955-1101 (fax)
jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA
9208 Arrington Farm Court
Manassas, VA 20111, et al.,

        Individual Plaintiffs,

v.

DISTRICT OF COLUMBIA, a municipal corporation

Serve:  Mayor
        c/o D.C. Office of the Secretary
        1350 Pennsylvania Ave., Rm 419
        Washington, D.C. 20004

        D.C. Attorney General
        441 4th Street, N.W. 6th Floor
        Washington, D.C. 20001

        Defendants.

Civil Action No. 1:2007cv01992 (HHK)

## AFFIDAVIT OF TRACIE M. DORFMAN IN SUPPORT OF CONSENT MOTION FOR *PRO HAC VICE* ADMISSION OF TRACIE M. DORFMAN, ESQUIRE

I, Tracie Marie Dorfman, being duly sworn, depose and state:

1.    My name is Tracie Marie Dorfman.

2.    My office address and telephone number are as follows:

        Tracie M. Dorfman
        The Law Firm of John Berry PLLC
        1990 M Street, N.W. Suite 610
        Washington, D.C. 20036
        Tel:    (202) 955-1100
        Fax:   (202) 955-1101
        Email: tdorfman@worklaws.com



EXHIBIT

3.   I am an associate attorney of the Law Firm of John Berry, PLLC in Washington, D.C. I am admitted to practice in and a member in good standing of the Bar of the Commonwealth of Virginia and the United States Court of Appeals for the Federal Circuit.

4.   I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed. I have never been denied admission to any court to which I have applied.

5.   I have never been admitted *pro hac vice* to this Court.

6.   My admission to the Bar of the District of Columbia has been filed and is pending and I practice in the District of Columbia pursuant to D.C. Court Rule 49(c)(8) while my application to the District of Columbia Bar is pending processing.

I declare under penalty of perjury that the foregoing is true and correct.

April 23, 2008

Respectfully submitted,

Tracie M. Dorfman, Esq.
LAW FIRM OF JOHN BERRY P.L.L.C.
Attorneys at Law
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
Tel:  (202) 955-1100
Fax:  (202) 955-1101
Email: tdorfman@worklaws.com

Subscribed and sworn to before me
this 23 day of April, 2008,

My Commission Expires: April 14, 2013

AUDREY EDOH-ACHIMUAGOLE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2013

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA<br>9208 Arrington Farm Court<br>Manassas, VA 20111, et al.,<br><br>       Individual Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, a municipal corporation<br><br>Serve:  Mayor<br>         c/o D.C. Office of the Secretary<br>         1350 Pennsylvania Ave., Rm 419<br>         Washington, D.C. 20004<br><br>         D.C. Attorney General<br>         441 4th Street, N.W. 6th Floor<br>         Washington, D.C. 20001<br><br>       Defendants. | Civil Action No. 1:2007cv01992 (HHK) |

[PROPOSED] ORDER
ADMITTING TRACIE M. DORFMAN, ESQUIRE *PRO HAC VICE*

Upon consideration of the Motion for *pro hac vice* of Tracie M. Dorfman, Esquire, it is hereby ORDERED that the motion be GRANTED.

SO ORDERED.

Dated: _____

                                                        Henry H. Kennedy
                                                        U.S. District Judge