**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PABLO FIGUEROA, et al., | |
| Plaintiffs, | Civil Action No. 1:2007cv01992 (HHK) |
| v. | |
| DISTRICT OF COLUMBIA, | July 1, 2008 – Mediation before Magistrate Judge Alan Kay |
| Defendant. | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DISCOVERY AND RESET OF AFFECTED DEADLINES**

Individual Plaintiffs, through Counsel, hereby move the Court for an extension of the discovery period through and including November 2, 2008 and for a continuance of all other deadlines currently set by the March 4, 2008 Proposed Order which was accepted by this Honorable Court on March 10, 2008. Counsel for the Defendant was contacted on May 22, 2008 and consented to this motion as part of both parties' diligent attempts to utilize the settlement and mediation processes to resolve this matter. Good cause exists to grant this motion for the following reasons:

1.  On March 25, 2008, Magistrate Judge Alan Kay accepted this case for mediation and scheduled the settlement conference for April 18, 2008. Subsequently, the settlement conference was rescheduled to April 30, 2008.

2.  Plaintiffs submitted a comprehensive settlement proposal consisting of six pages to Defendant on April 22, 2008. Counsel for the Defendant has expressed a willingness to settle this matter; however, due to the nature of the case, Counsel for the Defendant has had to seek

guidance and input from various individuals. Accordingly, Counsel for the Defendant believed that more time would be necessary to review the settlement proposal. Both parties do believe that after adequate review, settlement will be a viable possibility. Therefore, Plaintiffs consented to rescheduling the settlement conference from April 30, 2008 to May 27, 2008 to ensure that mediation would be productive.

3. On May 21, 2008, Counsel for the Defendant contacted Counsel for the Plaintiffs and requested additional time in which to review the settlement proposal and discuss the potential resolution with several individuals that would have to ultimately agree to it. Counsel for the Plaintiffs agreed to reschedule one last time the settlement conference to July 1, 2008, the first available date on Magistrate Judge Kay's calendar.

4. The parties believe that settlement is a very viable possibility in this case and hope to resolve this matter through mediation. However, the parties are concerned with the upcoming deadlines in this case as they would rather focus their efforts on resolving this matter first, prior to engaging in full-scale discovery.

5. For these reasons, the parties respectfully request that the existing deadlines be extended by a period of 60 days to ensure that the parties have adequate time to conduct discovery and possibly amend their pleadings in the event that a settlement is not reached. A Proposed Order to this effect is attached.

Wherefore, the parties request that the Court grant the Plaintiffs' Consent Motion for Extension of Discovery and Reset of Affected Deadlines.

Respectfully Submitted,

_____/s/_____
JOHN V. BERRY
*Attorney for the Individual Plaintiffs*
D.C. Bar No. 460531
BERRY & BERRY P.L.L.C.
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
(202) 955-1100
(202) 955-1101 (fax)
jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 1:2007cv01992 (HHK)

### [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Discovery and Reset of Affected Deadlines, it is hereby ORDERED that the Motion is GRANTED. The following amended schedule is hereby adopted:

| | | |
|---|---|---|
| 1. | Deadline to Seek Amendment to Pleadings: | August 4, 2008 |
| 2. | Parties Exchange Witness Lists: | August 4, 2008 |
| 3. | Deadline for Post R. 26(a) Discovery Requests: | August 19, 2008 |
| 4. | Proponent's R. 26(a)(2) Statements: | September 6, 2008 |
| 5. | Opponent's R. 26(a)(2) Statements: | October 3, 2008 |
| 6. | Discovery Concludes: | November 2, 2008 |
| 7. | Dispositive Motions Due: | January 2, 2008 |
| 8. | Opposition to Dispositive Motions Due: | February 1, 2008 |
| 9. | Reply to Opposition to Dispositive Motions Due: | February 15, 2008 |
| 10. | Ruling on Summary Judgment: | _____ |

11. Pretrial Conference Date: _____

12. Trial Date: _____

Dated: _____, 2008

_____
The Honorable Henry H. Kennedy
United States District Judge

Copies to: All counsel of record

- 5 -