UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA,<br><br>               **Plaintiff,**<br><br>   v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE<br>DEPARTMENT,<br>               **Defendant.** | Civil Action 07-01992 (HHK) (AK) |

### REVISED SCHEDULING ORDER

Before the court is Plaintiffs' Consent Motion for Extension of Discovery Deadlines and Reset of Affected Deadlines [# 17]. It is this 3rd day of June 2008, hereby

**ORDERED** that plaintiffs' motion is **GRANTED**. It is further

**ORDERED** that this court's Scheduling Order of March 10, 2008 [# 13] is hereby revised as follows:

| | |
|---|---|
| Deadline to Seek Amendment to Pleadings | August 4, 2008 |
| Parties to Exchange Witness Lists | August 4, 2008 |
| Deadline for Post Rule 26(a) Discovery Requests | August 19, 2008 |
| Proponent's Rule 26(a)(2) Statements | September 8, 2008 |
| Opponent's Rule 26(a)(2) Statements | October 3, 2008 |
| Discovery Concludes | November 3, 2008 |
| Dispositive Motions Due | January 2, 2009 |
| Oppositions to Dispositive Motions Due | February 2, 2009 |
| Reply to Opposition to Dispositive Motions Due | February 16, 2009 |

                                                   Henry H. Kennedy, Jr.
                                                   United States District Judge