UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
PABLO FIGUEROA, *et al.,*                      )
                    Plaintiffs,                )
                                               )
            v.                                 )        Civil No. 07-01992 (HHK)
                                               )
DISTRICT OF COLUMBIA,                          )
                    Defendant.                 )
_____          )


**EMERGENCY MOTION DEFENDANT TO RE-SCHEDULE MEDIATION**

Defendant respectfully moves the Court to re-schedule mediation in this matter from July 1, 2008, when currently scheduled, to another date that is mutually acceptable to the Court (Magistrate Judge Kay) and to the parties.

The ground for this the District of Columbia Superior Court has just scheduled a proceeding for July 1, 2008, that involves Defendant's counsel as an individual plaintiff. That proceeding may conflict with mediation in this matter and Defendant's counsel need to assist in the preparation for that matter.

Plaintiffs are not able to consent to the relief sought in this motion.


Dated: June 27, 2008

                              Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

_/s/_  Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


_/s/_  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant


## CERTIFICATE OF SERVICE

This is to certify that on June 27, 2008, the foregoing motion, together with a memorandum of points and authorities in support thereof and a proposed order, was served by forwarding an electronic copy thereof to the Court's electronic filing service with instructions to electronically serve the following:

For Plaintiff:

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036


_/s/_  Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PABLO FIGUEROA, *et al.,*            )
            Plaintiffs,              )
                                    )
        v.                           )        Civil No. 07-01992 (HHK)
                                    )
DISTRICT OF COLUMBIA,                )
            Defendant.               )
_____)


**MEMORANDUM OF POINTS AND AUTHORITIES**
**EMERGENCY MOTION DEFENDANT TO RE-SCHEDULE MEDIATION**

1.      Fed. R. Civ. P. 6(b).

2.      District of Columbia Superior Court has just scheduled a proceeding for July 1,

2008, that involves Defendant's counsel as an individual plaintiff.  That proceeding may conflict

with mediation in this matter and Defendant's counsel need to assist in the preparation for that

matter.


Dated: June 27, 2008
                                Respectfully submitted,

                                PETER J. NICKLES
                                Interim Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division


                                  /s/   Kimberly M. Johnson
                                KIMBERLY MATTHEWS JOHNSON
                                Chief, Section 1
                                DC Bar No. 435163

   /s/  Jack M. Simmons, III

JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                        )
PABLO FIGUEROA, *et al.,*                )
            Plaintiffs,                  )
                                        )
        v.                              )        Civil No. 07-01992 (HHK)
                                        )
DISTRICT OF COLUMBIA,                    )
            Defendant.                   )
_____ )

## ORDER

Upon consideration of the motion of Defendant District of Columbia to re-schedule mediation, and the entire record herein, it is, by the Court, this _____ day of _____, 2008, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   That the parties shall consult with the Court to find and schedule a mutually acceptable date and time for mediation.

_____
Alan Kay
Magistrate Judge
U.S. District Court

cc:

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036