UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                          )
PABLO FIGUEROA, *et al.*,                  )
                      Plaintiffs,         )
                                          )
        v.                                 )        Civil No. 07-01992 (HHK)
                                          )
DISTRICT OF COLUMBIA,                      )
                      Defendant.          )
_____  )

**EMERGENCY MOTION DEFENDANT TO RE-SCHEDULE MEDIATION**

Defendant respectfully moves the Court to re-schedule mediation in this matter from July 1, 2008, when currently scheduled, to another date that is mutually acceptable to the Court (Magistrate Judge Kay) and to the parties.

The ground for this the District of Columbia Superior Court has just scheduled a proceeding for July 1, 2008, that involves Defendant's counsel as an individual plaintiff. That proceeding may conflict with mediation in this matter and Defendant's counsel need to assist in the preparation for that matter.

Plaintiffs are not able to consent to the relief sought in this motion.

Dated:  June 27, 2008

                              Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

_/s/_  Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


_/s/_  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant


## CERTIFICATE OF SERVICE

This is to certify that on June 27, 2008, the foregoing motion, together with a memorandum of points and authorities in support thereof and a proposed order, was served by forwarding an electronic copy thereof to the Court's electronic filing service with instructions to electronically serve the following:

For Plaintiff:

John V. Berry, Esq.
Suite 610
1990 M St., NW
Washington, DC  20036


_/s/_  Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
PABLO FIGUEROA, *et al.,*                )
       Plaintiffs,                      )
                                         )
    v.                                   )    Civil No. 07-01992 (HHK)
                                         )
DISTRICT OF COLUMBIA,                    )
       Defendant.                       )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES
EMERGENCY MOTION DEFENDANT TO RE-SCHEDULE MEDIATION**

1.      Fed. R. Civ. P. 6(b).

2.      District of Columbia Superior Court has just scheduled a proceeding for July 1, 2008, that involves Defendant's counsel as an individual plaintiff.  That proceeding may conflict with mediation in this matter and Defendant's counsel need to assist in the preparation for that matter.

Dated: June 27, 2008

                         Respectfully submitted,

                         PETER J. NICKLES
                         Interim Attorney General for the District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General
                         Civil Litigation Division

                          /s/  Kimberly M. Johnson_____
                         KIMBERLY MATTHEWS JOHNSON
                         Chief, Section 1
                         DC Bar No. 435163

    /s/  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant