# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1992 (HHK/AK) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## EXPEDITED MOTION TO CONTINUE MEDIATION

Defendant District of Columbia moves this Honorable Court, on an expedited basis, to continue the mediation set in this case for July 24, 2008, and, as grounds therefor, states as follows:

1. Counsel representing the District of Columbia is no longer employed by the Office of the Attorney General, effective five days ago.

2. Two days ago, undersigned counsel was assigned to this and several other matters formerly assigned to prior counsel and to others.

3. Undersigned counsel has had no opportunity to become familiar with the facts and law concerning this case in light of his many new obligations.

4. Counsel understands Plaintiffs have made a settlement demand to which he is not yet in a position to respond, for the reasons stated.

5. To participate meaningfully in mediation, counsel must, at a minimum, become familiar with the facts and law concerning this case, confer with his client and agency counsel, evaluate Plaintiffs' demand, and prepare to make a response thereto, if appropriate.

6. Counsel will be on vacation during the last full week of August 2008. In light of the other demands of his new caseload, the prevalence of vacations in the coming weeks (affecting the availability of others needed to assist counsel in this matter), and, therefore, in order to prevent the need to request any further continuance of mediation, Defendant requests that mediation be rescheduled for the week of September 8-12, 2008.[1]

7. On July 23, 2008, undersigned counsel contacted counsel for Plaintiffs to discuss this motion. At that time, counsel for Plaintiffs declined to provide Plaintiffs' consent to the relief sought herein.

8. Defendant requests that this Court consider it motion on an expedited basis.

For all the reasons set forth herein, Defendant respectfully urges this Honorable Court to grant its expedited motion.

                                  Respectfully submitted,

                                  PETER J. NICKLES
                                  Acting Attorney General, District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, Civil Litigation Division

                                  */s/ Ellen Efros*
                                  ELLEN EFROS, D.C. Bar No. 250746
                                  Chief, Equity Section I

                                  */s/ Jacques P. Lerner*
                                  JACQUES P. LERNER, D.C. Bar No. 440998
                                  Assistant Attorney General
                                  441 Fourth Street, N.W.
                                  Washington, D.C. 20001
                                  Direct Dial: (202) 724-1342
                                  Fax: (202) 727-0431
**JULY 23, 2008**                    Email: jacques.lerner@dc.gov

---

[1] Alternatively, if the Court believes a shorter continuance would be appropriate, Defendant suggests mediation be rescheduled no sooner than August 20, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, *et al.*,

       Plaintiffs,

v.                                   Civil Action No. 07-1992 (HHK/AK)

DISTRICT OF COLUMBIA,

       Defendant.

## MEMORANDUM OF POINTS AND AUTHORITIES

1.     The Rules and inherent powers of this Court.

2.     All reasons set forth in the accompanying motion.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Acting Attorney General, District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        */s/ Ellen Efros*
                        ELLEN EFROS, D.C. Bar No. 250746
                        Chief, Equity Section I

                        */s/ Jacques P. Lerner*
                        JACQUES P. LERNER, D.C. Bar No. 440998
                        Assistant Attorney General
                        441 Fourth Street, N.W.
                        Washington, D.C. 20001
                        Direct Dial: (202) 724-1342
                        Fax: (202) 727-0431

**JULY 23, 2008**            Email: jacques.lerner@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1992 (HHK/AK) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**ORDER**

Upon consideration of Defendant District of Columbia's Expedited Motion to Continue Mediation, the Memorandum of Points and Authorities in support thereof, and any opposition thereto, it is, this _____ day of July, 2008, for the reasons set forth by Defendant in its papers,

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the mediation set in this matter for July 24, 2008, is hereby **CONTINUED** to _____, 2008, at _____ o'clock a.m./p.m.

_____