UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PABLO FIGUEROA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-1992 (HHK/AK) |

## PRAECIPE REGARDING APPEARANCES

The Clerk of the Court will kindly withdraw the appearance of Assistant Attorneys General Jack Simmons and Melvin Bolden and enter the appearance of Assistant Attorney General Jacques P. Lerner as counsel for Defendant District of Columbia.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Acting Attorney General, District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                          /s/ Ellen Efros_____
                        ELLEN EFROS, D.C. Bar No. 250746
                        Chief, Equity Section I

                          /s/ Jacques P. Lerner_____
                        JACQUES P. LERNER, D.C. Bar No. 440998
                        Assistant Attorney General
                        441 Fourth Street, N.W.
                        Washington, D.C.  20001
                        Direct Dial:  (202) 724-1342
                        Fax:  (202) 727-0431
**JULY 23, 2008**              Email: jacques.lerner@dc.gov