UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-1992 (HHK/AK)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will kindly withdraw the appearance of Assistant Attorney General Jack Simmons and enter the appearance of Assistant Attorney General Jacques P. Lerner as counsel for Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ *Ellen Efros*
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I

   /s/ *Jacques P. Lerner*
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
Direct Dial: (202) 724-1342
Fax: (202) 727-0431
Email: jacques.lerner@dc.gov

**JULY 29, 2008**