## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,

                Individual Plaintiffs,

        v.

DISTRICT OF COLUMBIA,

              Defendants.

Civil Action No. 1:2007cv01992 (HHK)

Date:   August 4, 2008

Next Event – September 9, 2008,
Mediation before Magistrate Judge Alan
Kay

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO AMEND THE PLEADINGS AND EXCHANGE WITNESS LISTS

Individual Plaintiffs, through Counsel, hereby move the Court for a one-week extension of time for both parties to amend the pleadings and exchange their witness lists. Counsel for the Defendant was contacted on August 4, 2008 and consented to this motion. Good cause exists to grant this motion for the following reasons:

1.      This Court's June 3, 2008 Revised Scheduling Order set the deadline to amend the pleadings as August 4, 2008.

2.      On August 4, 2008, Counsel for the Individual Plaintiffs contacted Counsel for the Defendant to seek his client's consent prior to filing the amended pleading.

3.      Counsel for the Defendant stated that his client may consent to the amended pleading but requested a brief period in which to review the proposed amendments prior to giving consent.

4.      Accordingly, the Individual Plaintiffs seek a one-week extension of time in which to file their amended complaint in the hopes of obtaining the Defendant's consent.

5.     This Court's June 3, 2008 Revised Scheduling Order also set the deadline for the parties to exchange witness lists as August 4, 2008.

6.     In light of Counsel for the Defendant's recent entry of appearance, Counsel for the Plaintiffs has consented to a one-week extension of time in which to exchange witness lists.

Wherefore, the parties request that this Court grant the Plaintiffs' Consent Motion for Extension of Time in Which to Amend the Pleadings and Exchange Witness Lists.

Dated: August 4, 2008

                              Respectfully submitted,


                              _____/s/_____

                              JOHN V. BERRY
                              D.C. Bar No.  460531
                              Attorney for the Individual
                              Plaintiffs
                              BERRY& BERRY, P.L.L.C.
                              1990 M Street, N.W., Suite 610
                              Washington, D.C. 20036
                              (202) 955-1100
                              (202) 955-1101  (fax)
                              jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PABLO FIGUEROA, et al.,

        Plaintiffs,

     v.

DISTRICT OF COLUMBIA,

        Defendant.

Civil Action No. 1:2007cv01992 (HHK)

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time in Which to Amend the Pleadings and Exchange Witness Lists, it is hereby ORDERED that the Motion is GRANTED.  The deadline to seek amendment to the pleadings and exchange witness lists is now August 11, 2008.


Dated: _____, 2008


                        _____
                        The Honorable Henry H. Kennedy
                        United States District Judge

Copies to:     All counsel of record