UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., <br><br> Individual Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendants. | Civil Action No. 1:2007cv01992 (HHK) <br><br> Date:  August 11, 2008 <br><br> Next Event – September 9, 2008, Mediation before Magistrate Judge Alan Kay |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO AMEND THE PLEADINGS AND EXCHANGE WITNESS LISTS**

Individual Plaintiffs, through Counsel, hereby move the Court for a two-day extension of time for both parties to amend the pleadings and exchange their witness lists. Counsel for the Defendant was contacted on August 11, 2008 and consented to this motion. Good cause exists to grant this motion for the following reasons:

1. On August 5, 2008, this Court granted a one-week extension of time for the parties to amend their pleadings primarily so that the Defendant might consider the Plaintiffs proposed amendments to their complaint prior to giving its consent.

2. Plaintiffs' counsel hopes to submit the amended complaint to Defendant's counsel by the end of today and Defendant's counsel has stated that his client will decide whether it will consent by Wednesday, August 13, 2008.

3. Accordingly, the individual Plaintiffs seek a two-day extension of time, or until Wednesday, August 13, 2008, in which to file their amended complaint in the hopes of obtaining the Defendant's consent.

4. On August 5, 2008, this Court also granted a one-week extension of time for the deadline to exchange witness lists.

5. The parties also request a two-day extension of time in which to exchange witness lists.

Wherefore, the parties request that this Court grant the Plaintiffs' Consent Motion for Extension of Time in Which to Amend the Pleadings and Exchange Witness Lists.

Dated: August 11, 2008

                          Respectfully submitted,

                          /s/
                      JOHN V. BERRY
                      D.C. Bar No. 460531
                      Attorney for the Individual Plaintiffs
                      BERRY& BERRY, P.L.L.C.
                      1990 M Street, N.W., Suite 610
                      Washington, D.C. 20036
                      (202) 955-1100
                      (202) 955-1101  (fax)
                      jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 1:2007cv01992 (HHK) |

### [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time in Which to Amend the Pleadings and Exchange Witness Lists, it is hereby ORDERED that the Motion is GRANTED. The deadline to seek amendment to the pleadings and exchange witness lists is now August 13, 2008.

Dated: _____, 2008

_____
The Honorable Henry H. Kennedy
United States District Judge

Copies to:    All counsel of record