UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al.,<br><br>        Individual Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>        Defendants. | Civil Action No. 1:2007cv01992 (HHK)<br><br>Date:   August 12, 2008<br><br>September 9, 2008 – Mediation before<br>Magistrate Judge Alan Kay |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
OF ATTORNEY TRACIE M. DORFMAN**

On April 24, 2008, Judge Henry H. Kennedy granted the Consent Motion for Pro Hac Vice Admission of Tracie M. Dorfman in this matter. Pursuant to Local Rule 83.6(c), Ms. Dorfman seeks leave to withdraw her appearance. Attorney John V. Berry continues to represent the individual Plaintiffs. Counsel for the Defendant has no objection to this motion.

Dated: August 12, 2008                                Respectfully submitted,


                                                      /s/
                                                      JOHN V. BERRY
                                                      D.C. Bar No. 460531
                                                      Attorney for the Individual Plaintiffs
                                                      BERRY& BERRY, P.L.L.C.
                                                      1990 M Street, N.W., Suite 610
                                                      Washington, D.C. 20036
                                                      (202) 955-1100
                                                      (202) 955-1101  (fax)
                                                      jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., <br><br> Individual Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendants. | Civil Action No. 1:2007cv01992 (HHK) <br><br> Date:   August 12, 2008 <br><br> September 9, 2008 – Mediation before Magistrate Judge Alan Kay |

### [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

Upon consideration of the Motion for Leave to Withdraw Appearance of Tracie M. Dorfman, it is ORDERED that counsel's motion is granted.

Dated: _____, 2008

                                       _____
                                       The Honorable Henry H. Kennedy
                                       United States District Judge

Copies to:     All counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a copy of this Motion for Leave to Withdraw Appearance of Tracie M. Dorfman was sent to the following individuals:

The Honorable Henry H. Kennedy
U.S. District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

VIA ECF

Jacques P. Lerner, Esq.
Office of the Attorney General of DC
441 4th Street NW, Suite 1060 N
Washington, DC 20001

VIA ECF

Pablo Figueroa
Individual Plaintiff
9208 Arrington Farm Court
Manassas, VA 20111

VIA FIRST CLASS MAIL

Michael J. Farish
Individual Plaintiff
1859 Cedar Cove Way #101
Woodbridge, VA 22191

VIA FIRST CLASS MAIL

Brian A. Murphy
Individual Plaintiff
5909 Pumpkinseed Ct.
Waldorf, MD 20603

VIA FIRST CLASS MAIL

Tyrone Dodson
Individual Plaintiff
1213 Hamilton Street, N.E.
Washington D.C. 20011

VIA FIRST CLASS MAIL

Lance D. Harrison, Sr.
Individual Plaintiff
3909 Windbrook Court
Clinton, MD 20735

VIA FIRST CLASS MAIL

Deryl M. Johnson
Individual Plaintiff
475 Toms Lane
Saint Leonard, MD 20685

VIA FIRST CLASS MAIL

Curtis R. Sloan
Individual Plaintiff
4790 Lancaster Circle
Waldorf, MD 20603

VIA FIRST CLASS MAIL

_____
Berry & Berry, P.L.L.C.