UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al., <br><br> Individual Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 1:2007cv01992 (HHK) <br><br> Date: August 15, 2008 <br><br> Next Event – September 9, 2008, Mediation before Magistrate Judge Alan Kay |

PLAINTIFFS' CONSENT MOTION
FOR LEAVE TO GRANT AN EXTENSION OF TIME
IN WHICH TO FILE THE SECOND AMENDED COMPLAINT
DUE TO TECHNICAL DIFFICULTIES

Plaintiffs, through Counsel, and with the consent of the Defendant, pursuant to LCvR 7 (m) hereby moves this Honorable Court for a one-day extension of time for PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN AMENDED COMPLAINT DUE TO TECHNICAL DIFFICULTIES experienced by Counsel in attempting electronic transmission to the Court on the night of August 13, 2008. Plaintiffs bring this motion in accordance with F.R.Civ.P. 5 (d) (3) and LCvR 5.4 G(3).

Defendant's counsel was advised of the computer technical issues experienced by Counsel on August 13, 2008, and courteously agreed to consent to Plaintiff's request to extend the deadline for filing the Second Amended Complaint from August 13, 2008 to August 14, 2008. In support of this Motion, Counsel for Plaintiffs' states as follows:

1.      On August 12, 2008, this Honorable Court granted Plaintiffs' Consent Motion for Extension of Time in which to Amend the Pleadings and Exchange Witness Lists, and agreeing

to the parties' request to set the deadline for these pre-discovery amendments for August 13, 2008.

2.     Plaintiffs' Counsel, following a long week of working on revisions to the Second Amended Complaint, completed his Motion for Leave to File the Second Amended Complaint in the early evening on August 13, 2008, but sought to transmit the pleadings to the Court from home, and for some reason was unable to upload the pleadings to the Court's ECF server. The transmission problem was either due to Court's Server or the Internet Connection between the Court and Counsel's residence. The connection issue created a series of events where Counsel had logged in, but was unable to complete the upload transaction, and redirected back to the beginning of the Court's PACER screen.

3.     Given that Counsel was approaching the deadline for filing, and continuing to experiencing these difficulties, Plaintiffs' Counsel emailed Defendant's Counsel copies of the pleadings prior to 12:00 A.M. on August 13, 2008, and explained his computer difficulties in filing with the Court by electronic mail. See e-mail to Defendant's Counsel, attached and incorporated as Exhibit 1.

4.     Plaintiffs' Counsel also sent an e-mail shortly after 12 a.m., at approximately 12:35 a.m. to the Clerk of the Court notifying them of my technical difficulties, providing Defendant's Counsel a copy of the email by courtesy copy and including a copy of Plaintiffs' Motion for Leave to Amend the Pleadings and the Amended Complaint for filing. See e-mail to Clerk, attached and incorporated as Exhibit 2.

5.     The Clerk, through the email notification system, notified the parties that the Motion for Leave to File a Second Amended Complaint and Exhibit A, the Second Amended Complaint had been filed as of August 14, 2008.

6.    Accordingly, Plaintiffs' respectfully request an extension of time in which to file their Second Amended Complaint from the original deadline of August 13, 2008, to August 14, 2008.

Wherefore, the Plaintiffs' request that this Court grant the PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN AMENDED COMPLAINT DUE TO TECHNICAL DIFFICULTIES and extend the date for filing to August 14, 2008.

Dated: August 15, 2008

Respectfully submitted,

/s/
JOHN V. BERRY
D.C. Bar No. 460531
Attorney for Plaintiffs
BERRY& BERRY, P.L.L.C.
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
(202) 955-1100
(202) 955-1101 (fax)
jberry@worklaws.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 1:2007cv01992 (HHK) |

## ORDER

Upon consideration of the PLAINTIFFS' CONSENT MOTION FOR EXTENTION OF TIME IN WHICH TO FILE AN AMENDED COMPLAINT DUE TO TECHNICAL DIFFICULITES, and in accordance with LCvR 5.4 G(3), it is hereby ORDERED that the Motion is GRANTED, and the filing date for submission of amendments of pleadings is August 14, 2008.

Dated: _____, 2008

                                                                  The Honorable Henry H. Kennedy
                                                                  United States District Judge

Copies to:    All Counsel of record

# EXHIBIT 1

## John Berry

| | |
|---|---|
| **From:** | John Berry |
| **Sent:** | Wednesday, August 13, 2008 11:58 PM |
| **To:** | jacques.lerner@dc.gov |
| **Subject:** | 20080813 Motion for Leave to File Second Amended Complaint.pdf |
| **Attachments:** | 20080813 Motion for Leave to File Second Amended Complaint.pdf |

Jacques, I am having problems efiling, so sending you a copy by email right now.

John Berry

# EXHIBIT 2

## John Berry

| | |
|---|---|
| From: | John Berry |
| Sent: | Thursday, August 14, 2008 12:35 AM |
| To: | dcd_cmecf@dcd.uscourts.gov; jacques.lerner@dc.gov |
| Subject: | Civil Action No. 1:2007-cv-01992 (HHK) |
| Attachments: | 20080813 Motion for Leave to File Second Amended Complaint.pdf; 20080813 Exhibit A Second Amended Complaint.pdf |

Dear Clerk of the Court:

I had significant difficulties tonight when I attempted to efile my Motion for Leave to File a Second Amended Complaint and the attachment to the Motion, Exhibit A, Plaintiff' proposed Second Amended Complaint, so I am notifying you by electronic mail. I plan on making an appropriate filing tomorrow to notify the Court about the difficulties I encountered, but wanted to send to the Court by email for filing tonight. I have also notified Defendant's Counsel of the filing problems by email (and am cc'ing them on this email), and when I realized that filing the normal way was not working for my computer, as 12 p.m. approached, I sent a copy of both the Motion for Leave to Amend and the Second Amended Complaint to Defendant's Counsel just prior to Midnight by electronic mail.

I would respectfully request that you accept for filing the attached filings in PDF form. They are as follows:

1. Plaintiff's Motion for Leave to File Second Amended Complaint; and

2. Exhibit A — Second Amended Complaint as proposed by the Plaintiffs.

Thank you again for your assistance. If you have any questions, please do not hesitate to call me at (202) 955-1100. Have a good night.

Respectfully Submitted,

___/s/_____

John V. Berry
DC Bar # 460531
BERRY & BERRY P.L.L.C.
Attorneys at Law
1990 M Street NW Suite 610
Washington, D.C. 20036
Tel: 202-955-1100
Fax: 202-955-1101

Attorney for the Plaintiffs in Civil Action 2007-cv-01992 (HHK)