# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1992 (HHK/AK) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendant respectfully moves this Court to enlarge to September 5, 2008, its deadline to respond to Plaintiffs' Motion for Leave to File Second Amended Complaint, and states as follow:

1. A response to Plaintiffs' motion is due on August 25, 2008.

2. Counsel will be on vacation from August 23-30, 2008.

3. Upon his return, Counsel will need additional time to fashion an appropriate response to the motion.

4. Plaintiffs have consented to this motion. LCvR 7(i).

Wherefore Defendant urges the Court to grant this motion. A memorandum of points and authorities and proposed order are attached.

- 2 -

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I


_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Fax:  (202) 727-0431
**AUGUST 22, 2008**                    Email: jacques.lerner@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1992 (HHK/AK) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1); LCvR 7(i).

2. The Rules and inherent powers of this Court.

3. All reasons set forth in the accompanying motion.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I

_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
Direct Dial: (202) 724-1342
Fax: (202) 727-0431
**AUGUST 22, 2008**          Email: jacques.lerner@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-1992 (HHK/AK) |

## **ORDER**

Upon consideration of Defendant's Consent Motion to Enlarge Time to Respond to Plaintiffs' Motion for Leave to File Second Amended Complaint, and the Memorandum of Points and Authorities in support thereof, it is, this _____ day of August, 2008, for the reasons set forth by Defendant in its papers,

**ORDERED** that the consent motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant may respond to Plaintiffs' Motion for Leave to File Second Amended Complaint on or before September 5, 2008.

_____
UNITED STATES DISTRICT JUDGE