UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1992 (HHK/AK) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant, through undersigned counsel, respectfully states that it takes no position on Plaintiffs' Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I

_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001
Direct Dial: (202) 724-1342
Fax: (202) 727-0431
Email: jacques.lerner@dc.gov

**SEPTEMBER 5, 2008**